U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 19 2017

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ZHI QIANG YE | CIVIL ACTION NO. 1:16-CV-01742 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| PHILLIP T. MILLER, *et al.* | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Respondents' motion to dismiss (Doc. 19) is GRANTED and Ye's habeas petition is DISMISSED WITH PREJUDICE as moot.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 19th day of June 2017.

_____
JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE